AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

USDC CLERK, FLORENCE, SC
2016 JUN 27 PM 3: 37

| | |
|---|---|
| United States of America<br>v.<br>Edward Lawrence Johnson, II<br>(See Attachment A)<br><br>Defendant(s) | Case No. 4:16-mj-85 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2007 to the present date__ in the county of __Florence__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 1343 | Having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, represenattions, or promises, transmits or causes to be transmitted by means of wire communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Vincent R. Flamini, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  06/27/2016

_____
Judge's signature

City and state:  Florence, South Carolina

Kaymani D. West, U.S. Magistrate Judge
_____
Printed name and title