DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

AFFIDAVIT

I, Vincent R. Flamini, having been duly sworn, do hereby state and depose as follows:

I have been a Special Agent with the Federal Bureau of Investigation (FBI) for approximately the past twenty-seven years. Pursuant to an investigation conducted by the FBI, I have received the following information regarding **EDWARD LAWRENCE JOHNSON, II, also known as (aka) JT, aka Jeff Hunt, aka Andrew Santillio, aka John McCoy, aka Chris Meyer, aka Kelly Arnold, aka Robert Newman, aka Chris Johnson, aka Rob Dean, aka Brad Henderson, aka Chad Goss**:

From approximately 2007 to the present date, Edward Lawrence Johnson, II used his real name and numerous different aliases to operate numerous businesses under a variety of different company names, addresses, telephone numbers, e-mail addresses, and websites. Some of the company names included **No Doubt Records; Trivo Wireless, LLC; RBC Communications, Inc.; Avista Entertainment; SBC Communications; Kore, Inc.; Blue Communications; Movia Wireless, Inc.; Asset/Vada Wireless; West Records; Avista Records; One Communications, LLC; One World Corp (a COM3K, Inc company); Vertex Communications; TCI**

**Communications, LLC; West Communications; TCI Wireless; West Music; One Holdings; and Phat Boy Entertainment.**

Johnson used the above names to perpetrate several fraudulent schemes in order to obtain money from numerous companies and individuals, which caused losses of approximately $1,200,000. The schemes included Johnson offering to sell cell phones to companies outside of South Carolina, resulting in wire transfers of money to bank accounts the purchasers' believed were being maintained by the businesses selling the phones although the accounts had been opened in the name of Johnson and/or his wife, Amber Krystal Johnson. The victims never received any of the cell phones and were never refunded any of the money paid to Johnson. There was no evidence that Johnson intended or ever had the ability to provide the cell phones purchased by his customers, who were given false shipping and warehouse information.

### Fraud by Wire

Johnson caused interstate wire transfer of funds from individuals/companies attempting to purchase cell phones as set forth in **Attachment B.**

To date, the following losses have been attributed to Johnson by the following victims:

| Victim | Amount |
|---|---|
| Arroyo, Jason C. – G Star Muzik Digital | $30,000 |
| Arroyo, Jeffrey – Global Vision Security, Inc. | $10,000 |
| Bean, Bruce | $19,100 |
| Brennan, Christopher – Next Generation Mobile/VariNet | $5,000 |
| GO Telecommunications & Brix Group – Harry Brix (DECEASED) John Jay Deimling Manuel Vierra Christopher Van De Merwe | $501,307 |
| Davenport, Quinton | $16,000 |
| Frazier, Jonathan | $7,000 |
| Garcia, Mercedes | $32,000 |
| Hill, Quentin | $25,000 |
| Lee, Michael – Destiny TV | $32,000 |
| Lentz, Gregory | $5,200 |
| Levi, Gary | $9,460 |
| Loomis, Rachel Lynn | $1,400 |
| Lovett, Kyle | $7,900 |
| McNeese, Kevin – KMWeb Designs | $600 |
| Meacham, James Douglas – Grace Chapel Community Church | $4,785 |
| Otto, Chris | $500 |
| Pena, Vincent | $5,000 |
| Schwartz, Joseph – NIKA, Inc. | $24,000 |
| Todman, Marilyn Clark – Preach The Word Church | $10,000 |
| Torruella, Tania M. – Freedom Wireless | $350,000 |
| Vaughn, Brett – Vaughn Solutions, LLC | $32,000 |
| Vinegar, DaRon Oshaa – DKV Mobile Solutions | $40,000 |
| Walker, Sharetta | $900 |
| Warman, Jeff | $14,000 |
| Williamson, Philip | $1,500 |
| Xereas, Stephen – Monster Buy Back, LLC | $17,050 |
| Young, Sam – CHB Global Ltd. | $4,500 |
| **TOTAL** | **$1,206,202** |

Based on the above facts, it is requested that an arrest warrant be issued for Edward Lawrence Johnson, II, for violating Title 18, United States Code, Section 1343.

AUSA William E. Day, II reviewed this affidavit and concurred with this request.

_Vincent R. Flamini_

Vincent R. Flamini

Special Agent - FBI

Subscribed and sworn to before me this _27_ day of _June_, 2016.

_Kaymani D. West_

Kaymani D. West

United States Magistrate Judge