# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. : 4:16CR577-BHH-1

**Edward Lawrence Johnson, II**
*also known as* Jeff Hunt
*also known as* Andrew Santillio
*also known as* JT
*also known as* John McCoy
*also known as* Chris Meyer
*also known as* Kelly Arnold
*also known as* Robert Newman
*also known as* Chris Johnson
*also known as* Rob Dean
*also known as* Brad Henderson
*also known as* Chad Goss

## PLEA

The Defendant acknowledges receipt of a copy of the SUPERSEDING INDICTMENT and after arraignment pleads not guilty in open court.

_____
(Signed)     Defendant

Florence, South Carolina
March 21, 2017