# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 4:16-CR-00577-BHH |
| ) | |
| EDWARD LAWRENCE JOHNSON ) | |

## SENTENCING MEMORANDUM

EDWARD LAWRENCE JOHNSON, respectfully submits the following letters in support of leniency.

Furthermore, Mr. Johnson is currently enrolled in the MD degree educational program with the International University of Health Services, and his current semester ends December 14, 2018. Per the university's policy, they allow a student an option for a twelve month leave of absence, before dropping the student from the program indefinitely; to this end, Mr. Johnson has requested an extension to account for a possible forthcoming term of imprisonment, and the university granted a 20 month leave of absence only. Time required for completion of the program is 30 months.

Accordingly, Mr. Johnson has directed undersigned counsel that he wishes the Court to consider the foregoing regarding a potential request for a voluntary surrender date.

Date:     June 7, 2018

Respectfully submitted,

***/s/Murdoch Walker II, Esq.***
Murdoch Walker II, Esq.
Ga. Bar # 163417
Lowther | Walker LLC
101 Marietta Street, NW, Ste. 3325
Atlanta, GA 30303
O 404.496.4052 | M 843.540.7903
mwalker@lowtherwalker.com
www.lowtherwalker.com

***s/ James Bannon, Esq.***
James Bannon, Esq.
SC Bar # 11364
The Bannon Law Group, LLC
10 Westbury Park Way, Suite A
Bluffton, SC 29910
O 843.815.4505 | F 843.277.6803
jimbannon@bannonlawgroup.com
http://www.bannonlawgroup.com

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:16-CR-00577-BHH |
| | ) | |
| EDWARD LAWRENCE JOHNSON | ) | |

## CERTIFICATE OF SERVICE

I certify that on June 7, 2018, I electronically filed the foregoing SENTENCING MEMORADNUM with the Clerk of the United States District Court for the District of South Carolina by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     June 7, 2018

                        Respectfully submitted,

                        ***s/ James Bannon, Esq.***
                        James Bannon, Esq.
                        SC Bar # 11364
                        The Bannon Law Group, LLC
                        10 Westbury Park Way, Suite A
                        Bluffton, SC 29910
                        O 843.815.4505 | F 843.277.6803
                        jimbannon@bannonlawgroup.com
                        http://www.bannonlawgroup.com